IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| B.I. SYSTEMS LLC | § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 6:11-cv-1472-Orl-31DAB |
| ACTUATE CORPORATION, INTERNATIONAL BUSINESS MACHINES CORPORATION, INFORMATION BUILDERS, INC., LAWSON SOFTWARE, INC., and QLIK TECHNOLOGIES, INC. | § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff B.I. Systems LLC files this Original Complaint against the above-named Defendants for infringement of U.S. Patent No. 5,894,311 ("the '311 patent").

**I. THE PARTIES**

1. Plaintiff B.I. Systems LLC is a Texas limited liability company with its principle place of business in Frisco, Texas.

2. On information and belief, Actuate Corporation ("Actuate") is a Delaware corporation with its principal place of business in San Mateo, California. Actuate may be served with process through its registered agent in Delaware, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

3. On information and belief, International Business Machines Corporation ("IBM Corp.") is a New York corporation with its principal place of business in Armonk, New York.

IBM Corp. may be served with process through its registered agent in Delaware, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

4. On information and belief, Information Builders, Inc. ("Information Builders") is a New York corporation with its principal place of business in New York, New York. Information Builders may be served with process through its registered agent in Delaware, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808.

5. On information and belief, Lawson Software, Inc. ("Lawson") is a Delaware corporation with its principal place of business in St. Paul, Minnesota. Lawson may be served with process through its registered agent in Delaware, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

6. On information and belief, Qlik Technologies, Inc. ("QlikTech") is a Delaware corporation with its principal place of business in Radnor, Pennsylvania. QlikTech may be served with process through its registered agent in Delaware, Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

## II. JURISDICTION AND VENUE

7. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction of this action under 28 U.S.C. § 1331 and § 1338(a).

8. This Court has general and specific personal jurisdiction over each Defendant, and venue is proper, pursuant to 28 U.S.C. §§ 1391 and 1400(b). On information and belief, Defendants have substantial contacts with this forum, including: (1) regularly conducting and soliciting business from residents of the State of Florida and this District; (2) engaging in other persistent courses of conduct in the State of Florida and this District; (3) deriving substantial revenue from goods and/or services provided to individuals residing in the State of Florida and

this District; and/or (4) committing infringement, in whole or in part, as alleged herein, including making, using, selling and/or offering to sell products, systems and/or services that infringe one or more claims of the '311 patent in the State of Florida and this District.

### III. PATENT INFRINGEMENT

9. This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. §§ 271, *et seq.*

10. On April 13, 1999, the '311 Patent was duly and legally issued for a "Computer-Based Visual Data Evaluation." On December 15, 2009, a certificate of correction was issued for the '311 patent. A true and correct copy of the '311 patent and certificate of correction is attached hereto as Exhibit A.

11. The '311 Patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

12. Plaintiff owns all substantial rights in and to the '311 Patent, including the exclusive right to make, have made, use, import, offer or sell products or services covered by the '311 Patent, to grant sublicenses, to sue for and collect past, present and future damages, and to seek and obtain injunctive or any other relief for infringement of the '311 Patent.

13. On information and belief, each Defendant imports, makes, uses, sells and/or offers for sale, in the United States, products, methods, and/or systems for computer-based visual data evaluation that infringe the '311 Patent ("Infringing Instrumentalities"). On information and belief, each Defendant also provides detailed demonstrations, explanations, teachings, instructions, and/or other information regarding use of its respective Infringing Instrumentalities in a manner that infringes the '311 Patent. Such demonstrations, explanations, instructions, and/or other information are directed toward and written for Defendant's customers.

14. On information and belief, each Defendant has and continues to directly and/or indirectly infringe one or more claims of the '311 Patent in this judicial district and elsewhere in Florida and the United States, including at least claims 1 and 33, by, among other things, making, using, offering for sale, selling and/or importing its respective Infringing Instrumentalities. Defendants and Defendants' customers who use the Infringing Instrumentalities have, at a minimum, directly infringed the '311 Patent, and each Defendant is thereby liable for direct and/or indirect infringement of the '311 Patent pursuant to 35 U.S.C. § 271.

15. Actuate's Infringing Instrumentalities include, but are not limited to, BIRT Performance Scorecard.

16. IBM's Infringing Instrumentalities include, but are not limited to, IBM Workplace for Business Strategy Execution and Cognos TM1 Executive Viewer.

17. Information Builders' Infringing Instrumentalities include, but are not limited to, Performance Management Framework.

18. Lawson's Infringing Instrumentalities include, but are not limited to, Lawson Business Intelligence.

19. QlikTech's Infringing Instrumentalities include, but are not limited to, QlikView.

20. Plaintiff has been damaged as a result of each Defendant's infringing conduct. Each Defendant is, thus, liable to Plaintiff in an amount that adequately compensates it for its infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## IV. JURY DEMAND

Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.


## IV. **PRAYER FOR RELIEF**

Plaintiff requests that the Court find in its favor and against Defendants, and that the Court grant Plaintiff the following relief:

a. Judgment that one or more claims of United States Patent No. 5,894,311 have been infringed, either literally and/or under the doctrine of equivalents, by each Defendant and/or by others to whose infringement each Defendants has contributed and/or by others whose infringement has been induced by each Defendant;

b. Judgment that each Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein;

c. That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by each Defendant's infringing activities and other conduct complained of herein;

d. That this Court declare this an exceptional case and award Plaintiff its reasonable attorney's fees and costs in accordance with 35 U.S.C. § 285; and

e. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated: September 6, 2011

Respectfully submitted,

*/s/ Brian R. Gilchrist*

Brian R. Gilchrist, Trial Counsel
Florida Bar No. 774065
bgilchrist@addmg.com
Tricia M. Wozniak
Florida Bar No. 0071236
twozniak@addmg.com
ALLEN, DYER, DOPPELT
  MILBRATH & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL 32802-3791
Telephone:   407-841-2330
Facsimile:   407-841-2343

ATTORNEYS FOR PLAINTIFF
B.I. SYSTEMS LLC

OF COUNSEL:

Edward E. Casto, Jr.
ecasto@nbclaw.net
Texas State Bar No. 24044178
S. Brannon Latimer
blatimer@nbclaw.net
Texas State Bar No. 24060137
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)